1044

No. 86–1599.  SANCHEZ v. ILLINOIS, *ante*, p. 1010;

No. 86–1727.  CONNOR v. SACHS ET AL., *ante*, p. 1001;

No. 86–1742.  MARMOTT ET AL. v. MARYLAND LUMBER CO. ET AL., 482 U. S. 929;

No. 86–1759.  WOOD ET AL. v. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, LOCAL 406, ET AL., *ante*, p. 1006;

No. 86–1808.  COSTIGAN v. PENNSYLVANIA, *ante*, p. 1022;

No. 86–6221.  JONES v. FIRST AMERICAN TITLE INSURANCE CO. ET AL., *ante*, p. 1023;

No. 86–6506.  SMITH v. OKLAHOMA, *ante*, p. 1033;

No. 86–6645.  SAWYER v. ILLINOIS, 482 U. S. 930;

No. 86–6654.  GUEST v. ILLINOIS, *ante*, p. 1010;

No. 86–6685.  GLENN v. OHIO, 482 U. S. 931;

No. 86–6767.  IN RE CALDWELL, *ante*, p. 1004;

No. 86–6802.  LINDER v. LINDER, *ante*, p. 1008;

No. 86–6821.  JROE v. CARHART ET AL., *ante*, p. 1011;

No. 86–6844.  FOREMAN v. MERIT SYSTEMS PROTECTION BOARD, *ante*, p. 1001;

No. 86–6872.  FOREMAN v. NATIONAL TREASURY EMPLOYEES UNION ET AL., *ante*, p. 1024;

No. 86–6876.  HARRISON v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, *ante*, p. 1025;

No. 86–6883.  MARTIN v. SEITER, *ante*, p. 1025; and

No. 86–6927.  AARON v. ALABAMA, *ante*, p. 1025.  Petitions for rehearing denied.

No. 85–5348.  BUCHANAN v. KENTUCKY, *ante*, p. 402.  Petition for rehearing or modification of opinion denied.

No. 86–6758.  HATTON v. MINNESOTA, 482 U. S. 911; and

No. 86–6816.  MOORE v. AMERICAN SAVINGS & LOAN ASSN. ET AL., *ante*, p. 1001.  Motions for leave to file petitions for rehearing denied.

AUGUST 27, 1987

No. 86–7154.  WHITE v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth